1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

MARCUS AUBREY,                          )          NO. EDCV 12-822-JAK (AGR)
                        Petitioner,           )
                                              )
           v.                                 )
                                              )          ORDER ACCEPTING FINDINGS
TIM VIRGA, Warden,                        )          AND RECOMMENDATION OF
                                              )          UNITED STATES MAGISTRATE
                        Respondent.      )          JUDGE
                                              )
_____ )

18
19
20
21
22
23
24
25
26
27
28

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other
records on file herein, and the Report and Recommendation of the United States
Magistrate Judge.  Petitioner has not filed any Objections to the Report.  The
Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that judgment be entered denying the Petition and
dismissing this action with prejudice.

DATED:  April 27, 2015_____        _____
                                                          JOHN A. KRONSTADT
                                                          United States District Judge