# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS AUBREY,<br>   Petitioner,<br> v.<br>TIM VIRGA, Warden,<br>   Respondent. | NO. EDCV 12-822-JAK (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: April 27, 2015

_____
JOHN A. KRONSTADT
United States District Judge